# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # *5*

USCA NO. _____

------------------------------------------------------------

*Altay, et al*

-v-

*Tagayun, et al*

------------------------------------------------------------

SDNY NO. 07 cv 4728

JUDGE: C M

DATE: July 24, 2007

JUL 2 4 2007

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____ THOMAS PISARCZYK _____

FIRM _____ APPEALS SECTION _____

ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY

500 PEARL STREET, NEW YORK, NEW YORK 10007

PHONE NO. _____ (212) 805-0636 _____

DISTRICT COURT DOCKET ENTRIES -------------------------------------------------------------------

DOCUMENTS                                                                                       DOC#

Clerk's Certificate
See Attached List of Numbered Documents

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **
** ALL OTHERS MISSING AT THIS TIME **

Balance of file already transfered to USDC-DISTRICT of NJ

( X ) Original Record                                                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 24th Day of July , 2006.

**United States District Court for
the Southern District of New York**

Date: _July 24 2007_

U.S.C.A. # _____

-------------------------------------------------------

*Altay, et al*

-V-

*Toogayun, et al*

U.S.D.C. # _07 cv 4728_

D.C. JUDGE _C M_

-------------------------------------------------------

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __4__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                                          **Document Description**

_____

_____

_____

**BALANCE OF FILE MISSING AT THIS TIME**

_____ Balance of file Transfered To USDC - DNJ _____

_____

_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 24th Day of _July_ In this year of our Lord, Two Thousand and Six, and the Independence of the United States this 23[ND] year.

J. Michael McMahon, Clerk

By _____
                    Deputy Clerk

APPEAL, CLOSED

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-04728-CM**
**Internal Use Only**

Altay et al v. Tagayun et al
Assigned to: Judge Colleen McMahon
Cause: 28:1441 Notice of Removal

Date Filed: 06/04/2007
Date Terminated: 06/18/2007
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

| Date Filed | # | Docket Text | # |
|---|---|---|---|
| 06/04/2007 | 1 | NOTICE OF REMOVAL from Superior Court, County of New Jersey. Case Number: 008321-07. (Filing Fee $ 350.00, Receipt Number 617140).Document filed by Myrna B. Tagayun.(mbe) (Entered: 06/07/2007) | |
| 06/04/2007 | | Magistrate Judge Ronald L. Ellis is so designated. (mbe) (Entered: 06/07/2007) | |
| 06/07/2007 | 2 | THIRD PARTY COMPLAINT against Dominick Diminni, Muhammet Tekelani, Ralph Trionfo, Glenn R. Wenzel.Document filed by Myrna B. Tagayun.(tro) (Entered: 06/11/2007) | |
| 06/07/2007 | | THIRD PARTY SUMMONS ISSUED as to Dominick Diminni, Glenn R. Wenzel, Muhammet Tekelani, Ralph Trionfo. (tro) (Entered: 06/11/2007) | |
| 06/07/2007 | | THIRD PARTY SUMMONS ISSUED as to Myrna B. Tagayun. (tro) (Entered: 06/13/2007) | |
| 06/08/2007 | 3 | DECISION AND ORDER TRANSFERRING CASE: I sua sponte direct the Clerk of the Court to transfer this case to the United States District Court for the District of New Jersey. (Signed by Judge Colleen McMahon on 6/8/2007) Copies Mailed By Chambers.(jmi) (Entered: 06/11/2007) | |
| 06/18/2007 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - District of New Jersey. Sent original file along with documents numbered 1-3, certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 8582 4870 1654 on 6/18/2007. (jmi) (Entered: 06/18/2007) | |
| 07/02/2007 | 4 | NOTICE OF APPEAL from [3] Order. Document filed by Myrna B. Tagayun. Filing fee $ 455.00, receipt number E 619722. (tp) (Entered: 07/19/2007) | |
| 07/19/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [4] Notice of Appeal. (tp) (Entered: 07/19/2007) | |
| 07/19/2007 | | Transmission of Notice of Appeal to the District Judge re: [4] Notice of Appeal. (tp) (Entered: 07/19/2007) | |