MANDATE

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of October, two thousand seven.

Present:

> Hon. Pierre N. Leval,
> Hon. Sonia Sotomayor,
> Hon. Robert A. Katzmann,
> *Circuit Judges.*

UNITED STATES COURT OF APPEALS
FILED
OCT 0 4 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

Osman Altay, Alpa Tekelani,

　　　　　　Plaintiffs-Appellees,

　　v.

Myrna B. Tagayun,

　　　　　Defendant-Third Party Plaintiff-
　　　　　Appellant,

　　v.

Regional Director, Region II, United States Department of Health and Human Services, Dominick Diminni, Glenn R. Wenzel, Muhammet Tekelani, Ralph Trionfo,

　　　　　Third Party Defendants.

07-3168-cv

---

The Appellant, *pro se*, appeals from the district court's order transferring the action to the United States District Court for the District of New Jersey. This Court has determined *sua sponte* that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978); *Michael v. INS*, 48 F.3d 657 (2d Cir. 1995) (transfer order pursuant to 28 U.S.C. § 1406(a) is an interlocutory order that is not appealable). Therefore, it is ORDERED that the

OCT - 4 2007

Mandate: 11/16/07

appeal is dismissed, and that Appellants' (1) Motion for Stay of Transfer and for a Preliminary Injunction, and (2) Motion to Strike and for Sanctions are denied as moot.


FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *Lucille Carr*


A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by_____
          DEPUTY CLERK


SAO/MML